# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2529 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 198 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 86482 |
| | : | |
| ANTHONY MARSHALL MOODY, | : | (Washington County) |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of October, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Anthony Marshall Moody is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. The suspension is stayed in its entirety, and he is placed on probation for a period of one year and one day, subject to the following conditions:

1. Respondent shall submit quarterly reports and reconciliations to the Office of Disciplinary Counsel attesting to his compliance with the Pennsylvania Rules of Professional Conduct, *see* RPC 1.15;

2. Respondent shall maintain all required books and records in electronic form, accessible for review by the Office of Disciplinary Counsel within 20 days of a request without necessity for issuance of a subpoena, *see* RPC 1.15(c);

3. Respondent shall have a CPA or other qualified professional review and audit his records and submit the results to the Office of Disciplinary Counsel prior to the termination of the probation; and

4. Respondent shall submit quarterly the requested records and reports to the Office of Disciplinary Counsel, as per the schedule set by the Secretary of the Disciplinary Board.

Respondent shall pay the costs incurred by the Disciplinary Board in the investigation and prosecution of this matter.